1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX           ) Case No. 06-6443 CRB
    MARKETING SALES PRACTICES AND        )
13  PRODUCT LIABILITY LITIGATION         ) MDL NO. 1699
                                         ) District Judge: Charles R. Breyer
14                                       )
                                         )
15  Hortense Juarez,                     )
                                         ) **STIPULATION AND ORDER OF**
16              Plaintiffs,              ) **DISMISSAL WITH PREJUDICE**
                                         )
17       vs.                             )
                                         )
18  Pfizer Inc., et al.                  )
                                         )
19              Defendants.              )

20

    Come now the Plaintiffs, Hortense Juarez, and Defendants, by and through the
21
    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
    stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
    each side bearing its own attorneys' fees and costs.
24

25

26  DATED: Jan. 12, 2010       MATTHEWS & ASSOCIATES

27                             By: _____
                                   David P. Matthews
28                                 *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 2 | | By: /s/ Michelle W. Sadowsky |
| 3 | | Michelle W. Sadowsky |
| 4 | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

Hon. Charles R. Breyer
United States District Court